BANY LEVY, Respondent, v. HOGAN-LEVINE COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. If the under- taking filed by appellant is insufficient, respondent may take such steps to vacate

the stay as he may be advised. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.